IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AKELA HENDERSON, | * |
| Plaintiff, | * |
| v. | Case No.  5:21-cv-421-MTT |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## JUDGMENT

Pursuant to this Court's Order dated July 17, 2023, and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 17th day of July, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk